**Electronically Filed
Supreme Court
SCAP-14-0001205
18-JAN-2017
11:04 AM**

SCAP-14-0001205

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellant/Cross-Appellee,

vs.

CHESTER PACQUING,
Petitioner/Defendant-Appellee/Cross-Appellant.

---

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CAAP-14-0001205; CR. NO. 08-1-0556)

ORDER DENYING MOTION FOR RECONSIDERATON
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Nishimura, in place of Wilson, J., recused)

Upon consideration of Petitioner/Defendant-Appellee/Cross-Appellant Chester Pacquing's motion for reconsideration, filed on January 9, 2017, the papers in support thereof, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, January 18, 2017.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Richard W. Pollack
/s/ Rhonda A. Nishimura

